# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>ERIC WALKER BROWN<br>SSN: XXX-XX-5055<br><br>Debtor. | CASE NO. 19-82285-CRJ-7<br><br>CHAPTER 7 |

**ORDER DENYING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED AND DIRECTING COUNSEL FOR DEBTOR TO REMIT $100 TO THE CLERK'S OFFICE IN PARTIAL PAYMENT OF THE FILING FEE**

Before the Court is the Debtor's Application to Have the Chapter 7 Filing Fee Waived ("Application"). In reviewing the Application, the Court examined the Debtor's Schedules and determined that the Debtor's income is below the 150% poverty line, however, the Debtor reported funds on deposit in the amount of $3,700. In addition, in Part 4 of the Application, the Debtor reported that he paid his attorney $700 for legal services rendered in this case. The Court has previously determined that a reasonable attorney fee of $600 is appropriate to compensate bankruptcy counsel for the services involved in filing a no asset Chapter 7 case in which an Application to Have the Filing Fee Waived is filed.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Application to Have the Chapter 7 Filing Fee Waived is **DENIED**. Counsel for the Debtor must remit $100 to the Clerk's Office in partial payment of the filing fee within **seven (7) calendar days** from the date of this Order. Pursuant to Local Rule 1006-1, the balance of the filing fee, $235, is payable by the Debtor to the Clerk, U.S. Bankruptcy Court, as follows:

(a) a minimum payment of twenty-five percent of the total case filing fee shall be paid within 30 days of the petition date;

(b) installments shall be paid no less often than every 30 days;

(c) the number of installments shall not exceed four, and

(d) no installment shall be less than twenty-five percent of the total case filing fee unless a lesser amount will pay the filing fee in full.

Dated this the 5th day of August, 2019.　　　　/s/ Clifton R. Jessup, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Clifton R. Jessup, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge